IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LAURIE J. CROMWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13cv1316 |
| | ) | |
| UNITED AIRLINES, INC., | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The matter came before the Court for a final pretrial conference.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to comply with the following schedule:

1. Defendant's forecasted motion for summary judgment must be filed by 5:00 p.m., Friday, May 16, 2014;

2. Plaintiff's response to defendant's motion for summary judgment must be filed by 5:00 p.m., Monday, May 26, 2014;

3. Defendant's reply to plaintiff's response must be filed by 5:00 p.m., Friday, May 30, 2014;

4. Oral argument on defendant's motion for summary judgment is **SCHEDULED** for 10:00 a.m., Friday, June 6, 2014;

5. Any motions in limine must be filed by 5:00 p.m., Monday, June 23, 2014; and

6. A jury trial, if necessary, is **SCHEDULED** to commence at 10:00 a.m., Tuesday, July 8, 2014.

1

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 17, 2014

_____/s/_____
T. S. Ellis, III
United States District Judge