**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **LAURIE J. CROMWELL,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**UNITED AIRLINES, INC.,**<br><br>        **Defendant.** | Civil Action No.  13-cv-1316 |

**NOTICE OF WITHDRAWAL**

Lindsey H. McGinnis of Littler Mendelson, P.C. respectfully notices her withdrawal as counsel for Defendant United Airlines, Inc. in this matter.  Ms. McGinnis' withdrawal is appropriate as her employment with Littler Mendelson will end effective May 2, 2014.

Defendant, through Counsel, is aware of this Notice and deems it appropriate.  Defendant will continue to be represented by Elizabeth A. Lalik from of Littler Mendelson, P.C., who is a member in good standing of the Virginia State Bar and admitted to practice before this Court

| | |
|---|---|
| Dated:  April 30, 2014 | Respectfully submitted,<br><br>LITTLER MENDELSON, P.C.<br><br>By:  /s/ *Lindsey H. McGinnis*<br>       Elizabeth A. Lalik (VSB 36500)<br>       Lindsey H. McGinnis (VSB 68423)<br>       LITTLER MENDELSON, P.C.<br>       1650 Tysons Blvd., Suite 700<br>       Tysons Corner, VA 22102<br>       Telephone:   (703) 442-8425<br>       Facsimile:    (703) 442-8428<br>       elalik@littler.com<br>       lmcginnis@littler.com<br><br>       and |

Paul E. Bateman (admitted *pro hac vice*)
Jody Boquist (admitted *pro hac vice*)
Angela Rochester (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL  60654
Telephone:   (312) 372-5520
PBateman@littler.com
jboquist@littler.com
arochester@littler.com

Counsel for Defendant
UNITED AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of April, 2014, I electronically filed the foregoing *NOTICE OF WITHDRAWAL* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (ECF) to the following:

Jacob M. Small
The Spiggle Law Firm, PLLC
4830B 31st Street, S.
Arlington, Virginia 22206
(202) 449-8527
(202) 540-8018
jmsmall@spigglelaw.com
tspiggle@spigglelaw.com

/s/ *Lindsey H. McGinnis*
Elizabeth A. Lalik (VSB 36500)
Lindsey H. McGinnis (VSB 68423)
LITTLER MENDELSON, P.C.
1650 Tysons Boulevard, Suite 700
McLean, VA 22102
Telephone: (703) 442-8425
Facsimile:  (703) 44208428
elalik@littler.com
lmcginnis@littler.com