IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LAURIE J. CROMWELL, )
Plaintiff, )
)
)
v. ) Case No. 1:13-cv-1316
)
)
UNITED AIRLINES, INC., )
Defendant. )
)

**ORDER**

The matter is before the Court on defendant's motion for summary judgment on Count IV of plaintiff's Complaint. (Doc. 25). Counts I, II, III, and V have been dismissed by Order issued June 13, 2014. The motion has been fully briefed and argued.

Accordingly, for good cause,

It is hereby **ORDERED** that defendant's motion is **GRANTED**, and Count IV is therefore **DISMISSED**.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
June 13, 2014

/s/
T. S. Ellis, III
United States District Judge