## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAURIE J. CROMWELL<br><br>   Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.<br><br>   Defendant. | Civil Action No. 1:13-cv-1316<br>(TSE/TRJ) |

### NOTICE OF APPEAL

Laurie J. Cromwell, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered June 13, 2014, (Dkt. No. 42) granting Defendant's May 16, 2014 Motion for Summary Judgment (Dkt. No. 25) and dismissing Count IV of Plaintiff's October 22, 2013 Complaint (Dkt. No. 1).

Respectfully Submitted,

Laurie J. Cromwell,
*By Counsel*

/s/
_____
Jacob M. Small
Va. Bar # 84460
Attorney for Laurie J. Cromwell
The Spiggle Law Firm, PLLC
4830B 31st St., S.
Arlington, Virginia 22206
(202) 499-6998 (phone)
(202) 540-8018 (fax)
jmsmall@spigglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

>Elizabeth A. Lalik
>Littler Mendelson PC (Tysons Blvd)
>1650 Tysons Blvd
>Suite 700
>McLean, VA 22102
>elalik@littler.com
>
>Joon Hwang
>Littler Mendelson PC (McLean)
>1650 Tysons Blvd
>Suite 700
>McLean, VA 22102
>jhwang@littler.com

>/s/
>Jacob M. Small
>Va. Bar # 84460
>Attorney for Laurie J. Cromwell
>The Spiggle Law Firm, PLLC
>4830B 31st St., S.
>Arlington, Virginia 22206
>(202) 499-6998 (phone)
>(202) 540-8018 (fax)
>jmsmall@spigglelaw.com